# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 19, 2013 |
| Court Reporter: Janet Coppock | Time: one hour and 10 minutes |
| Probation Officer: Katrina Devine | Interpreter: Ellen Klaver |

**CASE NO. 12-CR-00168-PAB-02**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Barbara Skalla |
| Plaintiff, | |
| vs. | |
| **2. ALVARO CARRIO CORTEZ,** | Carl Stahl |
| Defendant. | |

## SENTENCING

**10:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Record should reflect that the defendant understands and reads English but requests an interpreter be present.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.

Page Two
12-CR-00168-PAB-2
August 19, 2013

The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objections to the presentence investigation report.

Argument by Mr. Stahl. Questions by the Court.

Argument by Ms. Skalla.  Questions by the Court.

Further argument by Mr. Stahl.

Court states its findings and conclusions.

**ORDERED:**   Defendant's objections are **SUSTAINED**.

Comments by Ms. Skalla in support of the Government's Motion for Downward Departure Pursuant to 5K1.1.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 217] is **GRANTED.**

Court is advised that the defendant does not have letters written in support and questions whether the defendant would like to continue these proceedings to allow the Court to review those letters.

Mr. Stahl requests a brief recess to confer with the defendant.

**10:46 a.m.**   **COURT IN RECESS**

**11:35 a.m.**   **COURT IN SESSION**

Mr. Stahl advises that the defendant wishes to proceed.

Mr. Stahl addresses sentencing and requests a variant sentence.

Ms. Skalla addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Page Three
12-CR-00168-PAB-2
August 19, 2013

**ORDERED:**  Defendant's Oral Motion for a Variant Sentence is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **November 29, 2012** to count **One of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **71** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant commensurate with his security designation as close to San Diego as possible.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) If the defendant is not deported, defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.

Page Four
12-CR-00168-PAB-2
August 19, 2013

        Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**)    If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 216] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Indictment [Docket No. 219] is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**12:05 p.m.**    **COURT IN RECESS**

**Total in court time: 70 minutes**

**Hearing concluded**