**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Criminal Action No. 12-cr-00168-PAB-2

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    JOEL ALVARADO,
       aka Cholo,
2.    **ALVARO CARRIO CORTEZ,**
       **aka Alvaro Cortes,**
3.    GILBERTO HERNANDEZ-GUTIERREZ,
       aka Miguel Avila-Quintero, and
4.    IMELDA HERNANDEZ,

    Defendants.

**ORDER TO DISMISS REMAINING COUNTS
OF THE INDICTMENT AS TO ALVARO CARRIO CORTEZ**

Upon consideration of the Government's Motion to Dismiss Remaining Counts of the Indictment, and for good cause shown, it is

ORDERED that Counts Seven and Eight of the Indictment are dismissed as to defendant Alvaro Carrio Cortez.

DATED August 19, 2013.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge